# PELTON GRAHAM LLC

## ADVOCATES FOR JUSTICE

Taylor B. Graham, Esq.
Graham@PeltonGraham.com

March 21, 2022

**VIA CM/ECF**

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11220

Re:    ***Disla Cabrera v. Bamboo Ya Sushi Inc., et al***
       **Case No. 21-cv-02947 (PKC)(PK)**

Dear Magistrate Judge Kuo:

This office represents the plaintiff in the above-referenced matter. We write, on behalf of all parties, to provide Your Honor with a status update regarding the result of mediation pursuant to Your Honor's March 2, 2022 Order.

The parties are pleased to report that we reached a settlement in principle at the March 18, 2022 mediation, with the assistance of mediator Roger Briton. We are in the process of drafting the settlement agreement and related materials which we anticipate having ready for submission to the Court within approximately 30 days.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Taylor B. Graham*

Taylor B. Graham, Esq. of
PELTON GRAHAM LLC

cc:    All counsel (via CM/ECF)

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com