IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM DISLA CABRERA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>BAMBOO YA SUSHI INC, YINGLUN ZHONG, and WAN KWOK TUNG, Jointly and Severally,<br><br>Defendants. | 21-cv-02947 (PKC)(PK) |

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein to be dismissed with prejudice, with each party to bear their own fees and costs; and that Plaintiff is precluded from bringing any further claims under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiff's Complaint.

PELTON GRAHAM LLC

_____
Brent E. Pelton, Esq.

HANG & ASSOCIATES, PLLC

_____
Shan Zhu, Esq.

1

| | |
|---|---|
| Taylor B. Graham, Esq.<br>111 Broadway, Suite 1503<br>New York, New York 10006 | Jian Hang<br>136-20 38th Avenue, Suite 10 G<br>Flushing, Queens, New York 11354 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED**

DATED this __11__ day of __May__, 2022

*Peggy Kuo*
_____
**HONORABLE PEGGY KUO**
**UNITED STATES MAGISTRATE JUDGE**

2